

**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **18-26791 MMH**   Chapter: **13**

**Rhonda Wimbish,**
Debtor.

## ORDER TO SHOW CAUSE WHY THE AMENDED SCHEDULES D/E/F SHOULD NOT BE STRICKEN FROM THE OFFICIAL RECORD OF THIS INSTANT CASE FOR FAILURE TO CURE DEFICIENCY

By the Deficiency Notice of this Court dated February 21, 2019 [ECF 23], the above-captioned Debtor was required to file an **Amended Creditor Matrix** containing the names and addresses of added creditors, and an Amended Verification of Creditor Matrix. The Debtor has failed to comply with the Deficiency Notice. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Debtor show cause, if any there be by **May 8, 2019** in a writing filed with Clerk, U.S. Bankruptcy Court why Amended Schedules D/E/F [ECF 22] should not be stricken from the official record of the instant case for failure to correct the deficiency and for failure to complete the required filing. Completion of the required filing by the same date shall dissolve this Order to Show Cause. Failure to complete the required filing within the time allowed, or failure to show cause which the Court considers adequate, may result in the Amended Schedules D/E/F [ECF 22] being stricken or other action the Court deems appropriate without further notice.

cc:   Debtor - Pro se
      Trustee
      U.S. Trustee

### END OF ORDER

(kgoodwin)